CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 19 2006

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES MICHEAL SMITH, )<br>　　Plaintiff, ) | Civil Action No. 7:06-cv-00617 |
| ) | |
| v. ) | ORDER |
| ) | |
| GEORGE HEMBREE, et al., ) | By: Samuel G. Wilson |
| 　　Defendants. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that Smith's action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 19th day of December, 2006

United States District Judge